IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONDELL FREEMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 03 C 2908 |
| | ) | |
| v. | ) | JUDGE DER-YEGHIAYAN |
| | ) | |
| OFFICER STEVEN BOGUSIEWICZ, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| ANTONIO PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 2727 |
| v. | ) | |
| | ) | JUDGE CONLON |
| CITY OF CHICAGO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR REASSIGNMENT BASED ON RELATEDNESS**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other Judge sitting in his place or stead, on the 25th day of May, 2004 at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 20th day of May, 2004.

Respectfully submitted,

30 North LaSalle Street - Suite 900     BY: _____
Chicago, Illinois 60602                       J. ERNEST MINCY
(312) 742-0094                                 Assistant Corporation Counsel



## SERVICE LIST

Standish Willis
407 S. Dearborn Street
Suite 1395
Chicago, Illinois 60605
FAX: (312) 554-1012


Loevy & Loevy
321 N. May Street - Suite 100
Chicago, IL 60607
FAX: (312) 243-5902


Joseph M. Polick
30 N. LaSalle Street - #1400
Chicago, IL 60602
FAX: (312) 744-6566

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONDELL FREEMAN, ADAM SANDERS, DAVID ANDERSON, RICKY KING, DANIEL HILL and JASON HODGE, | ) ) ) ) | |
| Plaintiffs, | ) ) | No.  03 C 2908 |
| v. | ) ) | JUDGE DER-YEGHIAYAN |
| OFFICER STEVEN BOGUSIEWICZ, Star #19327 JOSEPH CHMIELIK, Star # 19327, STEVE GEORGAS, Star #300, JOSEPH GROH, Star #4457, DANIEL SMITH, Star #13941, MARK STRUKE, star # 12795, SGT. MARTIN TANNEHILL, Star # 1773, BRYAN VANDER MEY, Star #13972, and CITY OF CHICAGO, a Municipal Corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ANTONIO PARKER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04 C 2727 |
| CITY OF CHICAGO, OFFICER STEPHEN BOGUSIEWICZ, OFFICER JOSEPH CHMIELIK, OFFICER STEVE GEORGAS, OFFICER JOSEPH GROH, OFFICER DANIEL SMITH, OFFICER MARK STRUKE, SERGEANT MARTIN TANNEHILL, OFFICER BRYAN VANDER MEY, OFFICER O'SHEA (Star # 7066), OFFICER CZARNIK (Star #19270), OFFICER WISZ (Star #13553) and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) ) ) ) | JUDGE CONLON |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR REASSIGNMENT BASED ON RELATEDNESS**

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the

City of Chicago, and Defendants Stephen Bogusiewicz, Joseph Chmielik, Steve Georgas, Joseph

Groh, Daniel Smith, Mark Struke, Martin Tannehill, Bryan Vander May, Brian O'Shea, John Czarnik, Donald Wisz, by one of their attorneys, pursuant to Local Rule 40.4 of the Rules of the United States District Court for the Northern District of Illinois, hereby move to reassign <u>Parker v. City of Chicago, et al.</u>, Case No. 04 C 2727, with the instant case, No. 03 C 2908, to the calendar of this court based on relatedness. In support of their motion, Defendants state:

1. Pending before this court is Case No. 03 C 2908, <u>Rondell Freeman, et al. v. Steven Bogusiewicz, et al.</u> (*"Freeman"*). The original plaintiffs were Rondell Freeman, Adam Sanders, David Anderson and Ricky King. The complaint was recently amended to add two additional plaintiffs, Daniel Hill and Jason Hodge, and to name eight individual defendants: Stephen Bogusiewicz, Joseph Chmielik, Steve Georgas, Joseph Groh, Daniel Smith, Mark Struke, Martin Tannehill, and Bryan Vander May. (See *Freeman* Amended Complaint attached as Exhibit A).

2. The *Freeman* plaintiffs allege violations of 42 U.S.C. §1983 and Illinois tort law stemming from an incident that occurred on April 17, 2003, at or near the Cabrini Green housing project in Chicago. Essentially, plaintiffs allege that the individual defendants, all Chicago police officers, used excessive force against them during the course of the incident, and thereby deprived them of their Fourth Amendment right to be free from unreasonable seizures. (See Exhibit A).

3. On April 15, 2004, plaintiff Antonio Parker filed a complaint against the City of Chicago and eleven Chicago police officers: Stephen Bogusiewicz, Joseph Chmielik, Steve Georgas, Joseph Groh, Daniel Smith, Mark Struke, Martin Tannehill, Bryan Vander May, Brian O'Shea, John Czarnik, Donald Wisz. The case is styled <u>Antonio Parker v. City of Chicago, et al</u>, Case No. 04 C 2727 (*"Parker"*), and is pending before the Honorable Suzanne B. Conlon of this

2

court. The *Parker* complaint also alleges violations of 42 U.S.C. §1983 and Illinois tort law stemming from the same incident on April 17, 2003, and contends that the defendants used excessive force during the incident. (See *Parker* Complaint attached as Exhibit B).

4. The *Freeman* case (No. 03 C 2908) and the *Parker* case (No. 04 C 2727) arise from the same occurrence and involve the same issues of fact and law. As indicated, both cases arise from and involve the same incident at the Cabrini Green housing project on April 17, 2003. (Exh. A, ¶12; Exh. B. ¶4). Plaintiff Parker was a passenger in Plaintiff Freeman's vehicle along with plaintiffs Freeman, Sanders and Anderson. (Exh. A, ¶14; Exh. B. ¶5). All of the defendants named in *Freeman* are also named in *Parker*. All plaintiffs in both cases allege their Fourth Amendment right to be free from unreasonable seizures was violated by the use of excessive force by the defendants. In particular, plaintiffs Freeman, Parker, Sanders and Anderson allege that excessive force was used in removing them from Freeman's vehicle. (Exh. A, ¶¶16-22; Exh. B. ¶¶7-14). Therefore, both the factual and legal issues to be resolved will be similar for both cases.

5. The consolidation and handling of the *Freeman* case (No. 03 C 2908) and the *Parker* case (No. 04 C 2727) by this court is likely to result in a substantial saving of judicial time and effort. Given the identities of the parities and issues, it is clear that the same plaintiffs and defendants will be witnesses in both cases. There is no reason why each party or witness should be required to give a separate deposition in each case, or why discovery of the factual and legal issues involved cannot be consolidated before this court. Consolidation and handling of both cases by this court will avoid duplicative discovery, as well as escalating litigation costs and attorney's fees.

3

6. The *Freeman* case (No. 03 C 2908) pending before this court has not progressed to the point where designating the later filed *Parker* case (No. 04 C 2727) as related would delay the proceedings in the earlier filed *Freeman* case. On March 11, 2004, this court took under advisement the *Freeman* plaintiffs' agreed motion to stay discovery pending the outcome of the state criminal proceedings against them, and discovery has not proceeded to a point where plaintiff Parker would be unduly prejudiced by designating his case as related.

7. Furthermore, given that both cases arise from the same incident, the identity of the parties and the similarity of the factual and legal issues to be decided, both cases are susceptible of disposition in a single proceeding.

WHEREFORE, in light of the foregoing, Defendants respectfully request that this court enter an order pursuant to Local Rule 40.4 finding that the *Freeman* case (No. 03 C 2908) and the *Parker* case (No. 04 C 2727) are related, that reassignment of the *Parker* case to this court should take place, and such other relief as the court deems appropriate.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel

By: _____          _____
ERNEST MINCY                          JOSEPH M. POLICK
Assistant Corporation Counsel         Senior Counsel
for Defendant City of Chicago         for the Individual Defendants

30 North LaSalle Street               30 North LaSalle Street
Suite 900                             Suite 1400
Chicago IL 60602                      Chicago IL 60602
(312) 742-0094                        (312) 742-0029
Attorney No. 6231142                  Attorney No. 06203682

4

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION and DEFENDANTS' MOTION FOR REASSIGNMENT BASED ON RELATEDNESS** to be sent via facsimile transmission and mailed to the person(s) indicated on the foregoing Notice, at the address(es) therein shown, on this 20th day of May, 2004.

J. ERNEST MINCY

*See Case File For Exhibits*