

[cityand.2006]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 2 0 2007
Judge Samuel Der-Yeghiayan
U.S. District Court

| | |
|---|---|
| RONDELL FREEMAN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 03 C 2908 |
| v. ) | |
| ) | |
| Officer Stephen Bogusiewicz, Star #19327, et al., ) | Judge Samuel A. Der-Yeghiayan |
| ) | |
| Defendants, ) | |

### CONSOLIDATED WITH

| | |
|---|---|
| ANTONIO PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 04 C 2727 |
| ) | |
| CITY OF CHICAGO, et al. ) | |
| ) | |
| Defendants. ) | |

### RELEASE AND SETTLEMENT AGREEMENT
### ONLY IN THE MATTER OF
### ANTONIO PARKER v. CITY OF CHICAGO, ET AL., 04 C 2727

Plaintiff, Antonio Parker, by one of his attorneys, Loevy & Loevy, defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants Stephen Bogusiewicz, Joseph Chmielik, Daniel Smith, Mark Struke, and Brian O'Shea, by one of their attorneys, Josh Enquist, Senior Assistant Corporation Counsel, defendants Steve Georgas and Martin Tannehill by one of their attorneys, Geri Lynn Yanow, Assistant Corporation Counsel, defendant Joseph Groh by one of his attorneys, Patricia Kendall, Assistant Corporation Counsel, defendants John Czarnik and Donald Wisz by their attorney.

Arlene E. Martin, Senior Assistant Corporation Counsel and defendant Bryan Vander Mey by one of his attorneys, Victoria R. Benson, Hartigan & Cuisinier, P.D., herein stipulate and agree to the following:

1. This action has been brought by plaintiff, <u>Antonio Parker</u>, against defendants, City of Chicago, Stephen Bogusiewicz, Joseph Chmielik, Daniel Smith, Mark Struke, Brian O'Shea, Steve Georgas, Martin Tannehill, Joseph Groh John Czarnik, Donald Wisz, and Bryan Vander Mey making certain allegations contained in plaintiff's complaint captioned *Antonio Parker v. City of Chicago, Officer Stephen Bogusiewicz, Officer Joseph Chmielik, Officer Steve Georgas, Officer Joseph Groh, Officer Daniel Smith, Officer Mark Stuke, Sergeant Martin Tannehill, Officer Bryan Vander Mey, Officer O'Shea (Star #7066), Officer Czarnik (Star #19270, Officer Widz (Star #13553), and Unknown Chicago Police Officers*, 04 C 2727.

2. Defendants deny each and every allegation of wrongdoing as stated in plaintiff's complaint, and, further, deny liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff and his attorneys agree that they or any firm with which said attorneys are affiliated or with which said attorneys may later become

affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff, Antonio Parker, agrees to dismiss with prejudice all of his claims against defendants, City of Chicago, Stephen Bogusiewicz, Joseph Chmielik, Daniel Smith, Mark Struke, Brian O'Shea, Steve Georgas, Martin Tannchill, Joseph Groh John Czarnik, Donald Wisz, and Bryan Vander Mey with costs and attorneys' fees to be paid by the City of Chicago in the amount specified in paragraph 5.

5. Plaintiff, Antonio Parker, accepts a settlement from defendant, City of Chicago, in the total amount of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS, with costs and attorneys' fees to be paid by the City of Chicago in the total amount of FORTY-FIVE THOUSAND AND NO/100 ($45,000.00) DOLLARS.

6. The City of Chicago agrees to pay plaintiff the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiff and/or his attorneys agree that they will not seek payment from any source other than the City of Chicago. The settlement checks will be made payable to plaintiff, his attorneys, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff agrees to indemnify and hold harmless the City

of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants, Stephen Bogusiewicz, Joseph Chmielik, Daniel Smith, Mark Struke, Brian O'Shea, Steve Georgas, Martin Tannehill, Joseph Groh John Czarnik, Donald Wisz, and Bryan Vander Mey, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiff under this settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiff, upon advice of counsel, understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiff does hereby release and forever discharge on behalf of himself and his heirs, executors, administrators and assigns, all claims he had or has against the individual defendants, Stephen Bogusiewicz, Joseph Chmielik, Daniel Smith, Mark Struke, Brian O'Shea, Steve Georgas, Martin Tannehill, Joseph Groh John Czarnik, Donald Wisz, and Bryan Vander Mey, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims he had, has or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto,

4

jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, plaintiff represents that he has relied upon the advice of his attorneys, who are the attorneys of his own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to him by his attorneys, and that those terms are fully understood and voluntarily accepted by plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he and his attorneys have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

Respectfully submitted,

City of Chicago
a Municipal Corporation

*Antonio Parker*
Antonio Parker, plaintiff

Mara S. Georges
Corporation Counsel

Address: _____

_____

Date of birth: _____

*SSN: _____

_____
Loevy & Loevy
Attorney for plaintiffs,
Antonio Parker
312 No. May Street - Suite 100
Chicago, Illinois 60607
312.243.5900
Attorney No. _____

DATE: 1/24/07

*Providing SSN is voluntary

_____
Josh Enquist
Senior Assistant Corporation Counsel
Attorney for defendants Bogusiewicz,
Chielik, Smith, Struke, and O'Shea
30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
312.744.7852
Attorney No. 06242449

DATE: January 29, 2007

_____
Patricia Kendall
Assistant Corporation Counsel

Attorney for City of Chicago

BY: _____
J. Ernest Mincy
Senior Assistant Corporation Counsel
30 North LaSalle Street
Suite 1610
Chicago, Illinois 60602
312.744.0094
Attorney No. _____

DATE: _____

_____
Arlene E. Martin
Senior Assistant Corporation Counsel
Attorney for defendants,
John Czarnik and Donald Wisz
30 North LaSalle Street - Sutie 1400
Chicago, Illinois 60602
312.744.6949
Attorney No. 06189906

DATE: January 29, 2007

_____
Geri Lynn Yanow
Assistant Corporation Counsel
Attorney for defendants Georgas and
Tannehill
30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
312.744.2837
Attorney No. 06198608

DATE: January 29, 2007

_____
Victoria R. Benson
Hartigan & Cuisinier, P.D.

Attorney for defendant Groh
30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
312.7429586
Attorney No. 06195253

DATE: January 30, 2007

Attorneys for defendant Bryan Vander Mey
222 North LaSalle Street - Suite 2150
Chicago, Illinois 60601
Telephone: _____
Attorney No. _____

DATE: January ____, 2007

02/13/2007 15:49 3122018905 Case: 1:03-cv-02908 Document #: 162 Filed: 02/20/07 Page 8 of 9 PageID #:1015 HARTIGAN & CUISINIER PAGE 02/03

FEB-08-2007 11:46 FROM: IDL 3127446556 TO:3122018905 P.7/10

Address: _____

_____

Date of birth: _____

*SSN: _____

*[signature]*
Loevy & Loevy
Attorney for plaintiffs,
Antonio Parker
312 No. May Street - Suite 100
Chicago, Illinois 60607
312.243.5900
Attorney No. _____

DATE: 1/24/07

*Providing SSN is voluntary

*[signature]*
Josh Engquist
Senior Assistant Corporation Counsel
Attorney for defendants Boguslewicz,
Chielik, Smith, Struke, and O'Shea
30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
312.744.7852
Attorney No. 06242879

DATE: January 29, 2007

*[signature]*
Patricia Kendall
Assistant Corporation Counsel

Attorney for City of Chicago

BY: *[signature]*
J. Ernest Mincy
Senior Assistant Corporation Counsel
30 North LaSalle Street
Suite 1610
Chicago, Illinois 60602
312.744.0094
Attorney No. _____

DATE: _____

*[signature]*
Arlene E. Martin
Senior Assistant Corporation Counsel
Attorney for defendants,
John Czarnik and Donald Wisz
30 North LaSalle Street - Sutie 1400
Chicago, Illinois 60602
312.744.6949
Attorney No. 06189906

DATE: January 29, 2007

*[signature]*
Geri Lynn Yanow
Assistant Corporation Counsel
Attorney for defendants Georgas and
Tannehill
30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
312.744.2837
Attorney No. 06198608

DATE: January 29, 2007

*[signature]*
Victoria R. Benson
Hartigan & Cuisinier, P.D.

6

Attorney for defendant Groh  
30 North LaSalle Street - Suite 1400  
Chicago, Illinois 60602  
312.742.9586  
Attorney No. 06195253  

DATE: January 30, 2007

Attorneys for defendant Bryan Vander Mey  
222 North LaSalle Street - Suite 2150  
Chicago, Illinois 60601  
Telephone: 312/201-8880  
Attorney No. 06282608  

DATE: ~~January~~ Feb. 13, 2007

7