**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RONDELL FREEMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 03 C 2908, consolidated with |
| | ) | 04 C 2727 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| Officer STEPHEN BOGUSIEWICZ, et al. | ) | |

**OFFICER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Stephen Bogusiewicz, Joseph Chmielik, Daniel Smith, Mark Struke, Brian O'Shea, James McGuire, Michael White, Joe Schachelmayer, Mark Vanek, and Michael Plovanich (collectively, "the Officer Defendants"), by their attorneys, Joseph M. Polick Chief Assistant Corporation Counsel, and Josh M. Engquist, Senior Counsel, move for summary judgment pursuant to Fed. R. Civ. P. 56(b). In support of this motion, the Officer Defendants state as follows:

I. The Officer Defendants Did Not Inflict Emotional Distress Upon Sanders as the conduct was not extreme or outrageous.

II. The Officer Defendants Are Entitled to Summary Judgment as to Counts XVI, XVII and XVIII of False Arrest as There Was Probable Cause to Arrest Plaintiffs Sanders, Anderson and Hodge

III. The Officer Defendants Are Entitled to Summary Judgment as the Claims of Malicious Prosecution in Counts XX, XXI and Count XXII as There Was Probable Cause to Arrest Plaintiffs Sanders, Anderson and Hodge.

IV. The Officer Defendants Are Entitled to Summary Judgment on the Conspiracy Claim in Count XXIV.

V. The Officer Defendants Are Entitled to Summary Judgment as the Claims of Excessive Force in Counts V and VI as the forced used was reasonable.

VI. The Plaintiffs Cannot Show Personal Involvement of Certain Officer Defendants

VII. The Officer Defendants are Entitled to Qualified Immunity As to Counts V, VI and XVI-XVIII

WHEREFORE, for the reasons stated above, Officer Defendants Stephen Bogusiewicz, Joseph Chmielik, Daniel Smith, Mark Struke, Brian O'Shea, James McGuire, Michael White, Joe Schachelmayer, Mark Vanek, and Michael Plovanich, respectfully request that this Honorable Court grant their Motion For Summary Judgment, Counts V-VI, XII, XIV, XVI-XVIII, and XX-XXIII, with prejudice and grant any other relief this Court deems appropriate. In addition: Officer Defendants Bogusiewicz, Chmeilik, O'Shea, Struke, McGuire, Plovanich, Shacklemayer, Vanek and White, are entitled to summary judgment as to Counts V, XII with prejudice; Officer Defendants, Bogusiewicz, Chmeilik, O'Shea, Struke, McGuire, Plovanich, Shacklemayer, Vanek and White are entitled to summary judgment as to Counts VI and XIII with prejudice; Officer Defendants, Bogusiewicz, Chmielik, O'Shea, Struke, McGuire, Plovanich, Shacklemayer, Vanek and White are entitled to summary judgment as to count XV with prejudice; Officer Defendants, Bogusiewicz, Chmielik, O'Shea, Struke, McGuire, Plovanich, Shacklemayer, Vanek and White are entitled to summary judgment as to Count XVI with prejudice; Officer Defendants, Bogusiewicz, Chmielik, Smith, Struke, McGuire, Plovanich, Schacklemayer, Vanek and White are entitled to summary judgment as to Count XVII with prejudice; and Officer Defendants, Bogusiewicz, Chmielik, O'Shea, Smith, Struke, Plovanich,

Schacklemayer, Vanek and White are entitled to summary judgment as to Count XVIII with prejudice, and grant any other relief this Court deems appropriate.

                                            Respectfully submitted,

                                            /s/ Josh M. Engquist
                                            JOSH M. ENGQUIST
                                            Senior Corporation Counsel

30 North LaSalle St., Suite 1400
Chicago, Illinois 60602
(312) 744-7852
Attorney No. 06242849